UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                        Case No. 3:24-cr-51-12

vs.

JUSTIN JAMES BAKER,               District Judge Michael J. Newman
                                       Magistrate Judge Caroline H. Gentry

      Defendant.

---

**ORDER REFERRING DEFENDANT JUSTIN JAMES BAKER'S MOTION FOR BOND MODIFICATION (Doc. No. 129) TO MAGISTRATE JUDGE CAROLINE H. GENTRY**

---

      This case comes before the Court on Defendant Justin James Baker's motion for bond modification. Doc. No. 129. While defense counsel did not expressly state the statutory basis for this motion, the Court finds that it falls under 18 U.S.C. § 3142(f)(2)(B) due to the changed circumstances described in the motion, thus permitting United States Magistrate Judge Caroline H. Gentry to reopen the pre-trial release hearing.

      As such, pursuant to Fed. R. Crim. P. 59(a) and Dayton General Order No. 22-01, Defendant Justin James Baker's motion for bond modification (Doc. No. 129) is referred to Magistrate Judge Gentry for hearing and order. *See* 18 U.S.C. §§ 3041, 3141, *et seq.* This referral will terminate upon Magistrate Judge Gentry's issuance of the required order.

      **IT IS SO ORDERED.**

July 9, 2024                           s/*Michael J. Newman*
                                          Hon. Michael J. Newman
                                          United States District Judge