# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Case No. 3:24-cr-51(12) |
| Plaintiff, | : |
| vs. | : District Judge Michael J. Newman |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| JUSTIN JAMES BAKER, | : |
| Defendant. | : |

# ORDER

This matter is before the Court upon Defendant's Motions to Modify Bond Conditions (Doc. #s 374, 375). Defendant's Motions were referred to the undersigned by District Judge Newman. (Doc. #377). The undersigned held a teleconference regarding Defendant's Motions on October 22, 2025. Assistant United States Attorney Elizabeth McCormick participated on behalf of the Government. Attorney Mellissia Fuhrmann participated on behalf of Defendant. Pretrial Services Officer Frank Clardy also joined the teleconference.

In Defendant's Motions to Modify Bond Conditions, he requests the Court allow him to attend his childhood friend's funeral on October 24, 2025. (Doc. #s 374, 375). During the teleconference on October 22, 2025, Ms. McCormick asserted that the Government opposes Defendant's Motion because Defendant's childhood friend was the victim of a homicide, and the suspect is at large. Ms. Fuhrmann indicated that she was not aware of the circumstances. However, she noted that Defendant has been compliant with his bond, entered a plea in this case, and has completed the PSR interview.

Given the lack of details surrounding the childhood friend's murder and the risk of danger to Defendant, Defendant's Motions to Modify Bond Conditions (Doc. #s 374, 375) are hereby **DENIED** without prejudice for renewal.

**IT IS SO ORDERED.**

October 22, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge