UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JUSTIN JAMES BAKER,

     Defendant.

Case No. 3:24-cr-51-12

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING DEFENDANT'S MOTION TO MODIFY BOND CONDITIONS; (2) PERMITTING DEFENDANT TO ATTEND THE FAMILY GATHERING ON APRIL 11, 2026, FROM 2:00 P.M. TO 6:00 P.M., AT 775 GALLOWAY ROAD, GALLOWAY, OHIO 43119; (3) REQUIRING DEFENDANT TO LEAVE THE FAMILY GATHERING BY 6:00 P.M. ON APRIL 11, 2026 AND RETURN TO HIS RESIDENCE; AND (4) REQUIRING DEFENDANT TO THEREAFTER REMAIN ON HOME DETENTION SUBJECT TO ALL PREVIOUSLY IMPOSED BOND CONDITIONS**

---

Defendant is presently on home detention with certain bond conditions.  Doc. Nos. 104, 105.  Pursuant to the record of his sentencing hearing on April 1, 2026, and in the absence of opposition by the Government and Defendant's Pretrial Services Officer, the Court **GRANTS** Defendant's motion to modify his bond conditions.  Doc. No. 438.  Defendant **MAY ATTEND** the family gathering scheduled on **April 11, 2026, from 2:00 p.m. to 6:00 p.m.**, at 775 Galloway Road, Galloway, Ohio 43119.  By 6:00 p.m. on April 11, 2026, Defendant **SHALL RETURN** to his residence and thereafter remain on home detention subject to all previously imposed bond conditions.

     **IT IS SO ORDERED.**

April 10, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

cc:       United States Marshals Service
Dayton, Ohio

United States Probation Office
Dayton, Ohio